```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 AMANDA SIMA,                                                  :
                              Plaintiff,                       :
                                                               :
        -against-                                              :
                                                               :    24-CV-3909 (VEC)
                                                               :
                                                               :        ORDER
 NELSON, MULLINS, RILEY &                                      :
 SCARBOROUGH LLP & ASHLEY SUMMER,                              :
 ESQ.                                                          :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/24

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on May 20, 2024, Plaintiff initiated this action, *see* Complaint, Dkt. 1;

　　WHEREAS Plaintiff alleges that this Court has subject matter jurisdiction because the parties are diverse, *id.* ¶ 6;

　　WHEREAS for a limited liability partnership ("LLP"), "citizenship depends on the citizenship of its partners: an LLP is treated as a citizen of every state of which its partners are citizens," *see Roche Cyrulnik Freedman LLP v. Cyrulnik*, 582 F. Supp. 3d 180, 187 (S.D.N.Y. 2022) (citation omitted);

　　WHEREAS a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLP and the place of incorporation and principal place of business of any corporate entities that are members of the LLP, *see Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51–52 (2d Cir. 2000); *see also, Milberg LLP v. HWB Alexandra Strategies Portfolio*, No. 19-cv-4058, 2020 WL 3833827, at *2 (S.D.N.Y. July 8, 2020);

WHEREAS the Complaint alleges that Defendant Nelson, Mullins, Riley & Scarborough LLP ("NMRS") is a limited liability partnership with its headquarters in Columbia, South Carolina and with 33 offices nationwide, *see* Complaint ¶ 3; and

WHEREAS the Complaint made no allegations as to the citizenship of the members of Defendant NMRS.

IT IS HEREBY ORDERED that by no later than **Thursday, June 20, 2024**, Plaintiff must file an Amended Complaint that adequately alleges that this Court has subject matter jurisdiction.

**SO ORDERED.**

Date:  June 6, 2024
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**